UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K<small>RISTINA</small> A<small>NDERSON</small>,

        Plaintiff,

v.

M<small>ICHAEL</small> A<small>STRUE</small>
C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

        Defendant.
_____/

Case No. 11-15636

SENIOR U.S.DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
DAVID R. GRAND

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9]

On September 18, 2012, Magistrate Judge Grand issued a Report and Recommendation [12] that Defendant Commissioner of Social Security's Motion for Summary Judgment [10] be GRANTED and Plaintiff's Motion for Summary Judgment [9] be DENIED.

No objection to the Report and Recommendation was filed.  The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

 Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's Motion for Summary Judgment is **DENIED**.

**SO ORDERED**.

                                      s/Arthur J. Tarnow
                                      ARTHUR J. TARNOW
                                      SENIOR U.S. DISTRICT JUDGE

Dated: October 15, 2012